UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE MISTY M. FORSYTH,

Petitioner.

Case No. 22-cv-03029-VKD

**ORDER OF TRANSFER**

Ms. Misty M. Forsyth, a state prisoner currently confined at a state facility ("CCTRP") in San Diego, filed a *pro se* petition for writ of habeas corpus, claiming she is entitled to resentencing pursuant to Senate Bill No. 81. Dkt. No. 1 at 3. Ms. Forsyth is serving a sentence for a conviction out of Shasta County, California. *Id.* at 2.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* Ms. Forsyth's district of confinement is the Southern District of California, which has jurisdiction over San Diego County. 28 U.S.C. § 84(d). Ms. Forsyth's district of conviction is the Eastern District of California, which has jurisdiction over Shasta County. 28 U.S.C. § 84(b). Accordingly, the Northern District of California has no jurisdiction over this matter.

Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction or sentencing. *See* Habeas L.R. 2254-3(b)(1); *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Ms. Forsyth challenges her sentence. Accordingly, in the exercise of its discretion, and in the furtherance of justice, the Court finds that this case should be transferred to the district of conviction, i.e., the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b)(1).

The Clerk of the Court shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: July 13, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge

2